

One Lincoln Center | Syracuse, New York 13202-1355 | **bsk.com**

**COLLIN MICHAEL CARR, ESQ.**
ccarr@bsk.com
P: (315) 218-8149

August 12, 2022

**<u>VIA ELECTRONIC FILING</u>**

Hon. Andrew T. Baxter
U.S. District Court
Northern District of New York
P.O. Box 7396
Syracuse, New York 13261-7396

Re:   *John Doe v. Trustees of Hamilton College*
        Case No. 6:22-CV-0214 (DNH/ATB)

Dear Judge Baxter:

We represent the Defendant Hamilton College.  On July 13, 2022, the parties selected Mr. George Carpinello to serve as their mediator. We have determined that limited discovery prior to the mediation will be useful to facilitate a productive mediation.   Accordingly, we request that the deadline for the completion of mediation be extended up to and including October 17, 2022, to enable the parties to collect and produce the necessary discovery and complete a mediation session.

If the above meets with the Court's approval, please "so order."

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Collin Michael Carr

cc:   Philip A. Byler, Esq. (via electronic filing)
       Andrew T. Miltenberg, Esq.
       NESENOFF & MILTENBERG LLP
       363 Seventh Avenue, Fifth Floor
       New York, New York 10001
       *Attorneys for Plaintiff*