

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**COLLIN M. CARR, ESQ.**
ccarr@bsk.com
P: (315) 218-8149

May 9, 2023

**VIA ELECTRONIC FILING**

Hon. Andrew T. Baxter
U.S. District Court
Northern District of New York
P.O. Box 7396
Syracuse, New York 13261-7396

Re:  *John Doe v. Trustees of Hamilton College*
     Case No. 6:22-CV-0214 (DNH/ATB)

Dear Judge Baxter:

We represent the Defendant, Trustees of Hamilton College, in the above-referenced action. I am writing because the parties jointly request an extension of the deadlines established in the Uniform Pretrial Scheduling Order, dated June 6, 2022.

Plaintiff served his expert disclosure and report on April 1, 2023.

We request the following deadlines be extended: (1) completion of Defendant's expert disclosure from February 20, 2023, to May 31, 2023; (2) completion of rebuttal expert disclosure from March 7, 2023, to June 15, 2023; (3) completion of all discovery from August 6, 2023, to October 15, 2023; and (4) filing of dispositive motions from June 5, 2023, to November 15, 2023.

Plaintiff's counsel joins in this request. If these dates meet with your approval, please "So Order."

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Collin M. Carr

cc:  Philip A. Byler, Esq. (via electronic filing)
     Andrew T. Miltenberg, Esq.
     NESENOFF & MILTENBERG LLP
     363 Seventh Avenue, Fifth Floor
     New York, New York 10001