UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TRUSTEES OF HAMILTON COLLEGE,<br><br>　　　　　　Defendant. | **STIPULATION FOR FILING AMENDED COMPLAINT**<br><br>Civil Action No. 6:22-CV-00214 (DNH/ATB) |

　　　　**WHEREAS** Plaintiff, John Doe ("Plaintiff"), filed his initial complaint on March 4, 2022 (ECF No. 1) (the "Initial Complaint"); and

　　　　**WHEREAS** the Initial Complaint references sensitive allegations made by "Jane Roe" against Plaintiff; and

　　　　**WHEREAS** the Initial Complaint identifies Jane Roe and her friends by name; and

　　　　**WHEREAS**, upon the insistence of Jane Roe through her attorney, the parties agreed that Plaintiff would remove any reference to Jane Roe's name and refer to Jane Roe's friends by their initials;

　　　　**NOW, THEREFORE**, it is hereby stipulated by and between the parties hereto through their respective attorneys of record that Plaintiff may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file an amended complaint in the form of the amended complaint attached hereto as **Exhibit A**.

16480010.1 9/5/2023

| | |
|---|---|
| NESENOFF & MILTENBERG LLP | BOND, SCHOENECK & KING, PLLC |
| By: /s/ Andrew Miltenberg | By: [signature] |
| Andrew T. Miltenberg, Esq. | Jonathan B. Fellows, Esq. |
| 363 Seventh Avenue, Fifth Floor | Suzanne M. Messer, Esq. |
| New York, New York 10001 | Collin M. Carr, Esq. |
| Telephone: (212) 736-4500 | One Lincoln Center |
| | Syracuse, New York 13202-1355 |
| | Telephone: (315) 218-8000 |
| Michael G. Santangelo, Esq. | |
| Law Offices of Michael G. Santangelo PLLC | *Attorneys for Defendant* |
| 75 South Broadway | *Trustees of Hamilton College* |
| White Plains, New York 10601 | |

*Attorneys for Plaintiff*
*John Doe*

IT IS SO ORDERED:

_____
Andrew T. Baxter
U.S. Magistrate Judge

Dated: 9/22/2023
Syracuse, NY

2