UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

      v.

TRUSTEES OF HAMILTON COLLEGE,

                Defendant.

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

Civil Action No. 6:22-CV-0214 (DNH/ATB)

| | |
|---|---|
| **MOTION BY:** | Defendant Trustees of Hamilton College ("Hamilton"), by its attorneys Bond, Schoeneck & King, PLLC. |
| **REQUEST FOR ORAL ARGUMENT:** | Pursuant to Local Rule 7.1(a), for the reasons discussed in the accompanying Declaration of Suzanne M. Messer, Hamilton respectfully requests oral argument for this Motion. |
| **SUPPORTING PAPERS:** | Declaration of Suzanne M. Messer, executed November 15, 2023, with Exhibit A; Declaration of Catherine Berryman, executed November 14, 2023, with Exhibits A-Q; Declaration of Julia E. Green, executed November 14, 2023, with Exhibits A-T; Declaration of Russell Marcus, executed November 11, 2023, with Exhibits A-E; Defendant's Statement of Material Facts and Defendant's Memorandum of Law, dated November 15, 2023. |
| **RELIEF REQUESTED:** | An Order pursuant to Federl Rule of Civil Procedure 56 granting summary judgment dismissing Plaintiff's Complaint in its entirety. |

Dated: November 15, 2023

BOND, SCHOENECK & KING, PLLC

By: _/s/Suzanne M. Messer_
      Jonathan B. Fellows
      Suzanne M. Messer
      Collin M. Carr
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000

*Attorneys for Defendant*
*Trustees of Hamilton College*

16806179