UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE,

*Plaintiff,*

v.

TRUSTEES OF HAMILTON COLLEGE,

*Defendant.*

Civ. No. 6:22-cv-00214-DNH-ATB

### ORDER GRANTING PLAINTIFF'S LETTER MOTION TO SEAL

This matter comes before the court on Plaintiff Doe's January 12, 2024 Letter Motion to Seal in connection with Plaintiff's opposition to Defendant's motion for summary judgment.

IT IS HEREBY DIRECTED that, for good cause shown, Plaintiff Doe's motion is GRANTED. The Clerk of the Court is DIRECTED to seal the following exhibits in support of Doe's opposition to Defendant's motion for summary judgment, to be filed on January 12, 2024:

1. Exhibit G: Deposition Transcript of Plaintiff John Doe;
2. Exhibit I: Final Investigative Report;
3. Exhibit J: Hearing Transcript (Days 1-4);
4. Exhibit K: Photograph of Roe and Doe on the night of the alleged incident;
5. Exhibit N: October 18, 2021 Determination Letter; and
6. Exhibit O: Chart of Sexual Misconduct Matters.

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 01-16-2024