UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of

Civil Case to the Honorable Mae A. D'Agostino

ORDER
OF REASSIGNMENT

_____

**ORDERED** that the following case has been reassigned to the Honorable Mae A. D'Agostino, U.S. District Court Judge. It will remain assigned to the Honorable Mitchell J. Katz, U.S. Magistrate Judge.

| Case Number | Caption |
|---|---|
| 6:22-cv-214 (DNH/MJK) | Doe v. Trustee of Hamilton College |

**IT IS SO ORDERED.**

Dated: June 7, 2024
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge